# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4174-JST(Ex) | Date | March 15, 2011 |
|---|---|---|---|
| Title | INTERCONTINENTAL INDUSTRIES CORPORATION v QINGOUAN LUO, etc. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)**
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION
RETURNABLE: APRIL 11, 2011

    The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **April 11, 2011,** why this action should not be dismissed for lack of prosecution. The Court notes in this regard, that absent a showing of good cause, an action <u>shall</u> be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint. <u>Fed.</u> <u>R.</u> <u>Civ.</u> <u>P.</u> 4(m). An action may be dismissed prior to such time if plaintiff has not diligently prosecuted the action. No oral argument will be heard unless otherwise ordered by the Court.

    The Order to Show Cause will stand submitted upon the filing of plaintiff's response. No response is required if responsive pleading(s) and/or proof(s) of service (indicating proper service in full compliance with the federal rules) as to defendant has been filed on or before the date upon which the response is due.

                                     : 

Initials of Preparer    enm