1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERCONTINENTAL INDUSTRIES CORPORATION, a California corporation; | ) Case No. 10-CV-04174 JAK-E )  ) **JUDGMENT** |
| Plaintiff, | ) ) **JS-6** |
| v. | ) |
| WUHAN STATE OWNED INDUSTRIAL HOLDING CO. LTD., a corporation registered under the law of People's Republic of China; HUBEI PROVINCE GOVERNMENT, an administrative division of the People's Republic of China; QINGQUAN LUO, an individual; XIANSHENG LI, an individual; and DOES 1 through 100, inclusive, | ) ) ) ) Judge: The Hon. John A. Kronstadt ) ) ) ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| 1 | **JUDGMENT** |
| 2 | Defendants The People's Government of Hubei Province and Wuhan Industrial |
| 3 | State-Owned Holdings Group Co., Ltd. (collectively, the "Defendants") having moved |
| 4 | to dismiss Plaintiff's First Amended Complaint, and the matter having come before |
| 5 | the Honorable John A. Kronstadt, United States District Judge, and the Court, on |
| 6 | May 28, 2013, having rendered its Opinion and Order dismissing the complaint in the |
| 7 | courts of the United States without prejudice to its being renewed through an |
| 8 | appropriate proceeding in China, it is, |
| 9 | **ORDERED, ADJUDGED AND DECREED THAT:** The complaint is |
| 10 | dismissed without prejudice to its being renewed through an appropriate proceeding in |
| 11 | China. |
| 12 | **IT IS SO ORDERED AND ENTERED.** |
| 14 | DATED: June 19, 2013 |
| 15 | HON. JOHN A. KRONSTADT<br>UNITED STATES DISTRICT JUDGE |

**JUDGMENT—10-CV-04174 JAK-E**