1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERCONTINENTAL INDUSTRIES CORPORATION, a California corporation;<br><br>           Plaintiff,<br><br>      v.<br><br>WUHAN STATE OWNED INDUSTRIAL HOLDING CO. LTD., a corporation registered under the law of People's Republic of China; HUBEI PROVINCE GOVERNMENT, an administrative division of the People's Republic of China; QINGQUAN LUO, an individual; XIANSHENG LI, an individual; and DOES 1 through 100, inclusive,<br><br>           Defendants. | ) Case No. 10-CV-04174 JAK-E<br>)<br>) **JUDGMENT**<br>)<br>) **JS-6**<br>)<br>)<br>) Judge: The Hon. John A. Kronstadt<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT—10-CV-04174 JAK-E**

# JUDGMENT

Defendants The People's Government of Hubei Province and Wuhan Industrial State-Owned Holdings Group Co., Ltd. (collectively, the "Defendants") having moved to dismiss Plaintiff's First Amended Complaint, and the matter having come before the Honorable John A. Kronstadt, United States District Judge, and the Court, on May 28, 2013, having rendered its Opinion and Order dismissing the complaint in the courts of the United States without prejudice to its being renewed through an appropriate proceeding in China, it is,

**ORDERED, ADJUDGED AND DECREED THAT:** The complaint is dismissed without prejudice to its being renewed through an appropriate proceeding in China.

**IT IS SO ORDERED AND ENTERED.**

DATED: June 19, 2013

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**JUDGMENT—10-CV-04174 JAK-E**