JS-6

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9 **WESTERN DIVISION**

10

| | |
|---|---|
| 11  INTERCONTINENTAL INDUSTRIES CORPORATION | CASE No.: 2:10-CV-04174-JAK-E |
| 12 | |
| Plaintiff, | **JUDGMENT** |
| 13  vs. | |
| 14 | |
| WUHAN STATE OWNED | |
| 15  INDUSTRIAL HOLDINGS CO., LTD., *et al.* | |
| 16 | |
| Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

Judgment

Defendants The People's Government of Hubei Province and Wuhan Industrial State-Owned Holdings Group Co., Ltd. (collectively, the "Defendants") having moved to dismiss Plaintiff's Second Amended Complaint, and the matter having come before the Honorable John A. Kronstadt, United States District Judge, and the Court, on September 27, 2016, having rendered its Order granting the motion with prejudice and dismissing the Second Amended Complaint, it is,

**ORDERED, ADJUDGED, AND DECREED:** That for the reasons stated by the Court in its Order dated September 27, 2016, the Second Amended Complaint is dismissed without leave to amend.

**IT IS SO ORDERED AND ENTERED. THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT.**

Dated: October 14, 2016

_____

Hon. John A. Kronstadt
United States District Judge

2

Judgment